IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICKY LEE MEADOWS                                                                    PLAINTIFF

v.                    Case No. 3:16-cv-00054 KGB-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                                      DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 12). There have been no objections to the Recommended Disposition filed, and the time to file objections has passed.

After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. It is therefore ordered that the Commissioner's decision is reversed and remanded with instructions to develop further the record as necessary and to consider fully plaintiff Ricky Lee Meadows's visual impairment.

So ordered this 24th day of August, 2017.

_____
Kristine G. Baker
United States District Judge