IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICKY LEE MEADOWS                                                     PLAINTIFF

v.                    Case No. 3:16-cv-00054 KGB-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                        DEFENDANT

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is reversed and remanded with instructions to develop further the record as necessary and to consider fully plaintiff Ricky Lee Meadows's visual impairment.

So adjudged this the 24th day of August, 2017.

_____
Kristine G. Baker
United States District Judge