IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RICKY LEE MEADOWS**                                                                                        **PLAINTIFF**

v.                                         Case No. 3:16-cv-00054 KGB-JTR

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                                        **DEFENDANT**

# ORDER

Before the Court is plaintiff Ricky Meadows' motion for award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Dkt. No. 15). The Commissioner has responded and does not object to the motion (Dkt. No. 19). The Commissioner requests that any fees or costs awarded be made payable directly to Mr. Meadows in order to allow the United States Treasury Department to verify that Mr. Meadows has no federal debt, pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010) (holding that an award of fees under the EAJA is payable to the litigant and is therefore subject to a government offset to satisfy the litigant's pre-existing debt to the United States).

For good cause shown, the Court grants Mr. Meadows' motion (Dkt. No. 15). The Commissioner asserts that Mr. Meadows "has requested a reasonable award of EAJA fees for the services rendered in this case" (Dkt. No. 19, at 1). After review of the record, the Court agrees. The Court finds that the hours spent by counsel were reasonable. The Court approves attorney's fees and costs in the amount of $4,366.05. Per the Commissioner's request, the EAJA fee award shall be made payable to Mr. Meadows, in the care of and mailed to his counsel, but subject to any offset to satisfy any pre-existing debt owed by Mr. Meadows to the United States. The Commissioner shall certify this award.

It is so ordered this the 11th day of January, 2018.

_____
Kristine G. Baker
United States District Judge